3

TRADUCCION PÚBLICA – PUBLIC TRANSLATION------------------------

[*On the top right margin of all pages there is the seal of the Labour Court of Original Jurisdiction Number 29, bearing the Argentine Shield.*] ----------

LETTERS ROGATORY THROUGH DIPLOMATIC EXCHANGE------------

GRACIELA LEONOR DUBAL, DEPUTY LABOUR COURT JUDGE OF ORIGINAL JURISDICTION SITTING AT TRIAL COURT NUMBER 29 OF THE CITY OF BUENOS AIRES, CAPITAL CITY OF THE ARGENTINE REPUBLIC; TO THE COMPETENT JUDGE OF SAME KIND ON DUTY IN THE CITY OF CHARLOTTE, UNITED STATES OF AMERICA, HEREBY GREETS, PETITIONS YOUR HONOUR, AND MAKES KNOWN AS FOLLOWS: Whereas, in the National Court of Original Jurisdiction Number 29, where I sit as a deputy judge, sole Clerk´s Office where acting Attorney María Isabel Leal Fadel, located at street **Diagonal Norte Roque Saenz Peña 760, 4th Floor,** of the **Autonomous City of Buenos Aires, Argentine Republic,** an action entitled **"MERCIER DE LACOMBE, GERAUD CHARLES JOSEPH vs. AGENCIA FRANCE PRESSE /on dismissal"** (court record number **86286/2016**), wherein at the request of Plaintiff, issuance of this instrument has been resolved for the purpose of respectfully requesting Your Honour to instruct as necessary in order that Bank of America – Merril Lynch, domiciled at 100 N, Tryon, St. Charlotte, United States, informs  whether the copies of the records attached to this form correspond to the payments of US$ 3000 per month made by transfer from Agencia France Presse Uruguay Account No. 0019205547150 to account 2910218169. ------------------------------------------------------------------

**Parties**: 1. Plaintiff: Gerard Charles Joseph Mercier de Lacombe (Identity Document 94.396.852), domiciled at 25 Boulevard Jean Jeaures, Boulogne, Billancourt, France.------------------------------------------------------

2. Defendant: (i) Agencia France Presse, established at Av. De Mayo 560, 6th floor, Office 48, of the Autonomous City of Buenos Aires. ----------

**Cause**: Dismissal ------------------------------------------------------------------

**Amount claimed**: $ 8.957.980 (eight millions, nine hundred and fifty-seven thousand nine hundred and eighty argentine pesos) ------------------

**Attorneys**: 1. Counsels for Plaintiff are Attorneys Juan Manuel Arias and/or Gonzalo F. Fernández Sasso. ----------------------------------------------

2. Counsels for the Defendant are Javier Enrique Patrón and José María Llano. ------------------------------------------------------------------------

**Authorized:** Attorneys Juan Manuel Arias and/or Gonzalo Fernández Sasso and/or whoever they designate. -------------------------------------

The writ ordering issuance of this letter rogatory reads as follows: "Buenos Aires, September 6, 2017…. the letter rogatories requested by plaintiff on pages 586/588 be addressed to the Official Post Office, the National Direction of Migration, Movistar/Telefónica de Argentina S.A., Fibertel, AFIP, ANSES, Colegio Mallinckrodt, Casanegra Agency, Estudio Eguía & Asoc., Societe Air France, Agencia Pangea Turismo, Bank of America. Merrill Lynch. Let it be notified. (Signed. National Judge)".-------

I DO HEREBY REQUEST AND PETITION YOUR HONOUR to duly fulfill this instrument, offering to do the same in similar cases. --------------------

May God preserve your Honour. ----------------------------------------------

Buenos Aires, on the 17th [handwritten] day of the month of April [handwritten] of 2018. -------------------------------------------------------

[*There is an illegible signature followed by a seal reading:* "Graciela L. Dubal de Lozano. National Judge."]-------------------------------------------

[*There is an illegible signature followed by a seal reading:* [illegible] Secretary. -------------------------------------------------------------------

[*NEXT PAGE*]. -------------------------------------------------------------------

The undersigned, Secretary General of the National Court of Appeals in Labor Matters, of the Federal Capital, Republic of Argentina, certify that the foregoing signature of Attorney Graciela L. Dubal de Lozano, is genuine and similar to the one kept on file in the Office of the Attorney General, in her capacity as Deputy Labor Judge of Original Jurisdiction, sitting at Trial Court Number 29. ----------------------------------------------

4

In Buenos Aires, on the 3rd day of the month of May of the year 2018. -----

[There is an illegible signature followed by a seal reading: "Claudio Riancho. Assistant Secretary."]--------------------------------------------------

[The pages are stapled together with a seal of the National Labour Court of Appeals N° 29]-----------------------------------------------------------------

[On the left margin reads: official use] -------------------------------------------

I, a duly sworn translator, do hereby certify that, to the best of my knowledge and ability, this is a true translation into English of the document in Spanish, which I have had before me and attached hereto. In Buenos Aires, on this 8th day of the month of May of the year 2018. -----

**ES TRADUCCION FIEL** al inglés del documento adjunto redactado en idioma español, que he tenido ante mí y al cual me remito. **EN FE DE LO CUAL** estampo mi firma y sello en Buenos Aires, a los 8 días del mes de Mayo de 2018. -------------------------------------------------------------------

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización

N°..33238..N

FRANCO MAGGIORINI

MERCEDES M. ALMIRON
TRADUCTORA PUBLICA
INGLES
T° XIII F° 191 CAPITAL FEDERAL
INSC. C.T.P.C.B.A. N° 4378

. ALMIRON
PUBLICA
s
TAL FEDERAL
A. N° 4378 .

## EXHORTO
## DIPLOMATICO

GRACIELA LEONOR DUBAL, JUEZ NACIONAL DE PRIMERA INSTANCIA DEL TRABAJO INTERINAMENTE A CARGO EN FORMA SUBROGANTE DEL JUZGADO NRO. 29 DE LA CIUDAD DE BUENOS AIRES, CAPITAL DE LA REPUBLICA ARGENTINA, AL SEÑOR JUEZ DE IGUAL CLASE EN TURNO DE LA CIUDAD DE CHARLOTTE, ESTADOS UNIDOS DE NORTE AMÉRICA, SALUDA, EXHORTA Y HACE SABER: que por ante el Juzgado Nacional de Primera Instancia del Trabajo nro. 29, a mi cargo en forma subrogante , Secretaría única a cargo de la Dra. Maria Isabel Leal Fadel, sito en la calle Diagonal Norte Roque Sáenz Peña 760, Piso 4º, de la Ciudad Autónoma de Buenos Aires, República Argentina, donde tramitan los autos caratulados **"MERCIER DE LACOMBE, GERAUD CHARLES JOSEPH C/ AGENCIA FRANCE PRESSE s/ Despido"(Expte. 86286/2016),** en los cuales la suscripta es competente en razón de materia y jurisdicción. Se ha dispuesto librar la presente rogatoria a pedido de la parte actora a fin de solicitarle se sirva disponer lo necesario a los efectos de que Bank of America – Merril Lynch, con domicilio en 100 N, Tryon, St. Charlotte, Estados Unidos de Norte América, informe si los registros cuya copias se adjuntan al presente, coinciden con los pagos de las sumas de u$s 3.000 mensuales efectuados mediante transferencia desde la cuenta de Agence France Presse Uruguay Account nro. 0019205547150, a favor de la cuenta 2910218169.

**Partes:** 1.- Actor: Geraud Charles Joseph Mercier de Lacombe DNI 94.396.852., con domicilio en 25 Boulevard Jean Jeaures, Boulogne Billancourt, Francia.

2. Demandada: Agencia France Presse, con domicilio en la Avda. de Mayo 560, piso 6º, Oficina 48, de la Ciudad Autónoma de Buenos Aires.

**Naturaleza:** Despido

**Monto reclamado:** $ 8.957.980. (pesos ocho millones novecientos cincuenta y siete mil novecientos ochenta)

**Profesionales:** 1. Letrados apoderados del actor: Juan Manuel Arias y/o y/o Gonzalo F. Fernández Sasso.

2. Letrados apoderados de las demandadas: doctores Javier Enrique Patrón y José María Llano.

**Autorizados:** doctores Juan Manuel Arias y/o Gonzalo Fernández Sasso y/o quien estos designen.

El auto que ordena el libramiento del presente exhorto es del siguiente tenor: "Buenos Aires, 6 de septiembre de 2017.-...Líbrense los oficios solicitados por la atora a fs. 586/588 dirigidos al Correo Oficial, a la Dirección Nacional de Migraciones, a Movistar/ Telefónica de Argentina S.A., a Fibertel, a la AFIP, a la ANSES, al Colegio Mallinckrodt, a la agencia Casanegra, al Estudio Eguía & Asoc, a Societe Air France, a la Agencia Pangea Turismo, al Bank of América. Merril Lynch. Notifíquese. (Fdo. Juez Nacional)."

RUEGO Y EXHORTO A V.E. quiera dar al presente el debido cumplimiento, ofreciendo reciprocidad para casos análogos.

Dios guarde a V.E.

Buenos Aires,   17      de ABRIL de 2018.

GRACIELA L. DUBAL de LOZANO
JUEZ NACIONAL

MARIA ...... FADEL
SECRETARIA

2



Poder Judicial de la Nación

El que suscribe, Prosecretario General de la  Cámara Nacional de
Apelaciones del Trabajo de la Capital Federal de la República Argentina,
certifica que la firma que antecede de la  Dra.  Graciela L. Dubal de Lozano
es auténtica y coincide con la que figura registrada en la Secretaría General,
en su carácter de Juez subrogante  del Juzgado de Primera Instancia del
Trabajo N° 29
..............................Buenos Aires, 3 _de mayo de 2018.-

**Dr. Claudio M. Riancho**
**Prosecretario General**

USO OFICIAL

5



# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

# __LEGALIZACIÓN__

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES,

en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que

la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes

a la Traductor/a Público/a   ALMIRÓN, MERCEDES MARÍA

 que obran en los registros de esta institución, en el folio        del Tomo      en el idioma

191                13                INGLÉS

Legalización número: **33238**

Buenos Aires, 09/05/2018



MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 38063833238

|||||||||||||||||||||||||||||||||||||||||
3 8 0 6 3 8 3 3 2 3 8

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.

LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

**Payment Approval Confirmation**

**Bank of America**
**Merrill Lynch**

Company: Ag___ ₃ France Presse
Requester: Turrel, Philippe
Run Date: 09/12/2012 7:22:18 AM CDT

**Domestic High Value (Wire)**

| | | | |
|---|---|---|---|
| Status: | Confirmed by Bank | Template Name: | LOYER GDL |
| Transaction Number: | 1291281806EP0N02 | Template Code: | LOYER GDL |

**Debit Account Information**

Debit Bank: 054001204
Debit Account: 001920547150
Debit Account Name: Agence France Presse Uruguay Accoun
Debit Currency: USD

**Beneficiary Details**

Beneficiary Name: Ernesto Jorge Kuperman and Laura Ku
Beneficiary Address: x
Beneficiary City: x
Beneficiary Postal Code:
Beneficiary Country: US

Beneficiary Account: 2910218169
Beneficiary Bank Id: 071025661
BMO HARRIS BANK NA
111 W MONROE ST
CHICAGO
US

Beneficiary Email:
Beneficiary Mobile Number:

**Payment Details**

Currency: USD
Credit Amount: 3,000.00

Value Date: 09/12/2012

**Optional Information**

Sender's Reference Number: 1291281806EP0N02

Beneficiary Information:

**Additional Routing**

Intermediary Bank Id:

Receiver Information:

**Control Information**

Input: pt268628
Approved: pt268628
Initial Confirmation: WTX:20120912001103368
Confirmation #: FEDR:20120912B6B7HU1R002148

Input Time: 09/12/2012 7:18:14 AM CDT
Time: 09/12/2012 7:21:42 AM CDT

## Payment Details Report

**Bank of America Merrill Lynch**

Company: Agence France Presse
Requester: Turrel, Philippe
Run Date: 10/11/2012 4:01:50 PM CDT

### Domestic High Value (Wire)

|  |  |
|---|---|
| **Status:** Confirmed by Bank | **Template Name:** LOYER GDL |
| **Transaction Number:** 12925B5122CG0L93 | **Template Code:** LOYER GDL |

#### Debit Account Information

Debit Bank: 054001204
Debit Account: 001920547150
Debit Account Name: Agence France Presse Uruguay Accoun
Debit Currency: USD

#### Beneficiary Details

| | |
|---|---|
| Beneficiary Name: Ernesto Jorge Kuperman and Laura Ku | Beneficiary Account: 2910218169 |
| Beneficiary Address: x | Beneficiary Bank Id: 071025661 |
| Beneficiary City: x | BMO HARRIS BANK NA |
| Beneficiary Postal Code: | 111 W MONROE ST |
| Beneficiary Country: US | CHICAGO |
| | US |
| | Beneficiary Email: |
| | Beneficiary Mobile Number: |

#### Payment Details

| | |
|---|---|
| Currency: USD | Value Date: 09/25/2012 |
| Credit Amount: 3,000.00 | |

#### Optional Information

| | |
|---|---|
| Sender's Reference Number: 12925B5122CG0L93 | Beneficiary Information: |

#### Additional Routing

| | |
|---|---|
| Intermediary Bank Id: | Receiver Information: |

#### Control Information

| | |
|---|---|
| Input: pt268628 | Input Time: 09/25/2012 10:51:28 AM CDT |
| Approved: pt268628 | Time: 09/25/2012 10:52:36 AM CDT |
| Initial Confirmation: WTX:2012092500173902 | |
| Confirmation #: FEDR:20120925B6B7HU2R004619 | |

7

## Outgoing Payments Report

**Bank of America Merrill Lynch**

Company: Agence France Presse
Requester: Turrel, Philippe
Run Date: 11/13/2012 10:26:37 AM CST

### Domestic High Value (Wire)

| | |
|---|---|
| Status: | Confirmed by Bank |
| Transaction Number: | 12A25F08296N0I37 |

| | |
|---|---|
| Template Name: | LOYER GDL |
| Template Code: | LOYER GDL |

### Debit Account Information

Debit Bank: 054001204
Debit Account: 001920547150
Debit Account Name: Agence France Presse Uruguay Accoun
Debit Currency: USD

### Beneficiary Details

Beneficiary Name: Ernesto Jorge Kuperman and Laura Ku
Beneficiary Address: x
Beneficiary City: x
Beneficiary Postal Code:
Beneficiary Country: US

Beneficiary Account: 2910218169
Beneficiary Bank Id: 071025661
BMO HARRIS BANK.NA
111 W MONROE ST
CHICAGO
US

Beneficiary Email:
Beneficiary Mobile Number:

### Payment Details

Currency: USD
Credit Amount: 3,000.00

Value Date: 10/25/2012

### Optional Information

Sender's Reference Number: 12A25F08296N0I37

Beneficiary Information:

### Additional Routing

Intermediary Bank Id:

Receiver Information:

### Control Information

Input: pt268628
Approved: pt268628
Initial Confirmation: WTX:2012102500236719
Confirmation #: FEDR:20121025B6B7HU4R009170

Input Time: 10/25/2012 2:08:36 PM CDT
Time: 10/25/2012 2:09:53 PM CDT

## Payment Approval Confirmation

**Bank of America**
**Merrill Lynch**

**Company:** Agence France Presse
**Requester:** Turrel,Philippe
**Run Date:** 12/10/2012 12:51:04 PM CST

### Domestic High Value (Wire)

|  |  |  |  |
|---|---|---|---|
| **Status:** | Confirmed by Bank | **Template Name:** | LOYER GDL |
| **Transaction Number:** | 12C10D4840IE0V46 | **Template Code:** | LOYER GDL |

### Debit Account Information

**Debit Bank:** 054001204
**Debit Account:** 001920547150
**Debit Account Name:** Agence France Presse Uruguay Account
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Ernesto Jorge Kuperman and Laura Ku
**Beneficiary Address:** x
**Beneficiary City:** x
**Beneficiary Postal Code:**
**Beneficiary Country:** US-United States of America

**Beneficiary Account:** 2910218169
**Beneficiary Bank Id:** 071025661
HARRIS NATIONAL ASSOCIATION
111 W MONROE ST
CHICAGO
US-United States of America

**Beneficiary Email:**

### Payment Details

**Currency:** USD
**Credit Amount:** 3,000.00

**Value Date:** 12/10/2012

### Optional Information

**Sender's Reference Number:** 12C10D4840IE0V46

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank Id:**

**Receiver Information:**

### Control Information

**Input:** pt268628
**Approved:** pt268628
**Initial Confirmation:** WTX:2012121000234849
**Confirmation #:** FEDR:20121210B6B7HU2R007483

**Input Time:** 12/10/2012 12:48:47 PM CST
**Time:** 12/10/2012 12:50:20 PM CST

## Payment Approval Confirmation

**Bank of America**
**Merrill Lynch**

Company: Agence France Presse
Requester: Turrel,Philippe
Run Date: 12/21/2012 9:29:20 AM CST

### Domestic High Value (Wire)

| | | | |
|---|---|---|---|
| Status: | Approved | Template Name: | LOYER GDL |
| Transaction Number: | 12C21A2539L71N74 | Template Code: | LOYER GDL |

### Debit Account Information

| | |
|---|---|
| Debit Bank: | 054001204 |
| Debit Account: | 001920547150 |
| Debit Account Name: | Agence France Presse Uruguay Account |
| Debit Currency: | USD |

### Beneficiary Details

| | | | |
|---|---|---|---|
| Beneficiary Name: | Ernesto Jorge Kuperman and Laura Ku | Beneficiary Account: | 2910218169 |
| Beneficiary Address: | x | Beneficiary Bank Id: | 071025661 |
| Beneficiary City: | x | | HARRIS NATIONAL ASSOCIATION |
| Beneficiary Postal Code: | | | 111 W MONROE ST |
| Beneficiary Country: | US-United States of America | | CHICAGO |
| | | | US-United States of America |
| | | Beneficiary Email: | |

### Payment Details

| | | | |
|---|---|---|---|
| Currency: | USD | Value Date: | 12/28/2012 |
| Credit Amount: | 3,000.00 | | |

### Optional Information

| | | |
|---|---|---|
| Sender's Reference Number: | | Beneficiary Information: |

### Additional Routing

| | | |
|---|---|---|
| Intermediary Bank Id: | | Receiver Information: |

### Control Information

| | | | |
|---|---|---|---|
| Input: | pt268628 | Input Time: | 12/21/2012 9:25:50 AM CST |
| Approved: | pt268628 | Time: | 12/21/2012 9:28:56 AM CST |

## Payment Details Report

**Bank of America**
**Merrill Lynch**

Company: Agence France Presse
Requester: Turrel,Philippe
Run Date: 02/04/2013 8:53:09 AM CST

### Domestic High Value (Wire)

| | | | |
|---|---|---|---|
| Status: | Confirmed by Bank | Template Name: | LOYER GDL |
| Transaction Number: | 1320484911DU0528 | Template Code: | LOYER GDL |

### Debit Account Information

Debit Bank: 054001204
Debit Account: 001920547150
Debit Account Name: Agence France Presse Uruguay Account
Debit Currency: USD

### Beneficiary Details

Beneficiary Name: Ernesto Jorge Kuperman and Laura Ku
Beneficiary Address: x
Beneficiary City: x
Beneficiary Postal Code:
Beneficiary Country: US-United States of America

Beneficiary Account: 2910218169
Beneficiary Bank Id: 071025661
HARRIS NATIONAL ASSOCIATION
111 W MONROE ST
CHICAGO
US-United States of America

Beneficiary Email:

### Payment Details

Currency: USD
Credit Amount: 3,000.00

Value Date: 02/04/2013

### Optional Information

Sender's Reference Number: 1320484911DU0528

Beneficiary Information:

### Additional Routing

Intermediary Bank Id:

Receiver Information:

### Control Information

Input: pt268628
Approved: pt268628
Initial Confirmation: WTX:2013020400168544
Confirmation #: FEDR:20130204B6B7HU3R004205

Input Time: 02/04/2013 8:49:19 AM CST
Time: 02/04/2013 8:52:39 AM CST

## Payment Details Report

**Bank of America**
**Merrill Lynch**

Company: Agence France Presse
Requester: Turrel,Philippe
Run Date: 02/26/2013 12:18:29 PM CST

### Domestic High Value (Wire)

| | | | |
|---|---|---|---|
| Status: | Confirmed by Bank | Template Name: | LOYER GDL |
| Transaction Number: | 13226B50570Y1E76 | Template Code: | LOYER GDL |

### Debit Account Information

Debit Bank: 054001204
Debit Account: 001920547150
Debit Account Name: Agence France Presse Uruguay Account
Debit Currency: USD

### Beneficiary Details

Beneficiary Name: Ernesto Jorge Kuperman and Laura Ku
Beneficiary Address: x
Beneficiary City: x
Beneficiary Postal Code:
Beneficiary Country: US-United States of America

Beneficiary Account: 2910218169
Beneficiary Bank Id: 071025661
HARRIS NATIONAL ASSOCIATION
111 W MONROE ST
CHICAGO
US-United States of America

Beneficiary Email:

### Payment Details

Currency: USD
Credit Amount: 3,000.00

Value Date: 02/26/2013

### Optional Information

Sender's Reference Number: 13226B50570Y1E76

Beneficiary Information:

### Additional Routing

Intermediary Bank Id:

Receiver Information:

### Control Information

Input: pt268628
Approved: pt268628
Initial Confirmation: WTX:2013022600201166
Confirmation #: FEDR:20130226B6B7HU1R006245

Input Time: 02/26/2013 11:50:57 AM CST
Time: 02/26/2013 11:52:03 AM CST

## Geraud DE LACOMBE

| | |
|---|---|
| De: | Philippe TURREL |
| Envoyé: | jeudi 18 avril 2013 12:14 |
| À: | Geraud DE LACOMBE |
| Objet: | Loyer GDL |

Géraud,

Ce n'est pas comme d'habitude, mais voici une ciopie d'un extrait de notre relevé, avec le paiement.

Amts Philippe

03/27                          3,000.00  Wire Type:Wire Out Date:130327 Tin
                                          Trn:2013032600288991 Service Ref:001
                                          Bnf:Ernesto Jorge Kuperman And IC
                                          Bnf Bk:Bmo Harris Bank NA ID:071·
                                          26G38335L0S94

1

## Payment Details Report

**Company:** Agence France Presse
**Requester:** Turrel,Philippe
**Run Date:** 06/25/2013 2:45:37 PM CDT

**Bank of America**
**Merrill Lynch**

### Dome . High Value (Wire)

| | |
|---|---|
| **Status:** Confirmed by Bank | **Template Name:** LOYER/GDL |
| **Transaction Number:** 13625E08582Z0P45 | **Template Code:** LOYER GDL |

### Debit Account Information

**Debit Bank:** 054001204
**Debit Account:** 001920547150
**Debit Account Name:** Agence France Presse Uruguay Account
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Ernesto Jorge Kuperman and Laura Ku
**Beneficiary Address:** x
**Beneficiary City:** x
**Beneficiary Postal Code:**
**Beneficiary Country:** US-United States of America

**Beneficiary Account:** 2910218169
**Beneficiary Bank ID:** 071025661
HARRIS NATIONAL ASSOCIATION
111 W MONROE ST
CHICAGO
US-United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Currency:** USD
**Credit Amount:** 3,000.00

**Value Date:** 06/25/2013

### Optional Information

**Sender's Reference Number:** 13625E08582Z0P45

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** pt268628
**Approved:** pt268628
**Initial Confirmation:** WTX:2013062500257236
**Confirmation #:** FEDR:20130625B6B7HU1R009284

**Input Time:** 06/25/2013 2:09:03 PM CDT
**Time:** 06/25/2013 2:10:13 PM CDT

## Geraud DE LACOMBE

| | |
|---|---|
| **De:** | Philippe TURREL |
| **Envoyé:** | vendredi 2 août 2013 14:05 |
| **À:** | Geraud DE LACOMBE |
| **Objet:** | RE: Paiement loyer Géraud |
| | |
| **Catégories:** | Blue Category |

Géraud,

Ci-dessous extrait de notre relevé bancaire.

Amts Philippe

| | | | |
|---|---|---|---|
| 07/26/13 | WIRE TYPE:WIRE OUT DATE:130726 TIME:1402 ET TRN:2013072600228355 SERVICE REF:008177 BNF:ERNESTO JORGE KUPERMAN AND ID:2910218169 BNF BK:BMO HARRIS BANK NA ID:071025661 PMT DET:137 26D01567C0319 | 903707260228355 | -3,000.00 |

**Philippe TURREL**
Responsable administrativo y financiero para América Latina

Tel. +5982 900 50 95 int. 285
Fax. +5982 902 25 24

**Agence France-Presse**
Montevideo, Uruguay

Las noticias en su móvil : www.afpmobile.com

**De :** Geraud DE LACOMBE
**Envoyé :** vendredi 2 août 2013 13:14
**À :** Philippe TURREL
**Objet :** Paiement loyer Géraud

Hola Philippe,

Tu peux m'envoyer le reçu de paiement du loyer STP ?

Merci,

Geraud

**Géraud de LACOMBE**
*Director Comercial y Marketing para América latina*
Avenida de Mayo 560 Buenos Aires
Tel. : +54 11 5544 4056 - Móvil : +54 911 4174 5700 - Fax : +54 11 5544 4097

**AFP**

1

## Payment Details Report

**Company:** Agence France Presse
**Requester:** Turrel, Philippe
**Run Date:** 12/09/2013 12:44:50 PM CST

**Bank of America**
**Merrill Lynch**

### Domestic High Value (Wire)

Payment Category: Urgent/Wire

| | | | |
|---|---|---|---|
| **Status:** | Confirmed by Bank | **Template Name:** | LOYER GDL |
| **Transaction Number:** | 13B2695003IO0Z49 | **Template Code:** | LOYER GDL |

### Debit Account Information

**Debit Bank:** 054001204
**Debit Account:** 001920547150
**Debit Account Name:** Agence France Presse Uruguay Account
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Ernesto Jorge Kuperman and Laura Ku
**Beneficiary Address:** x
**Beneficiary City:** x
**Beneficiary Postal Code:**
**Beneficiary Country:** US-United States of America

**Beneficiary Account:** 2910218169
**Beneficiary Bank ID:** 071025661
HARRIS NATIONAL ASSOCIATION
111 W MONROE ST
CHICAGO
US-United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Currency:** USD
**Credit Amount:** 3,000.00

**Value Date:** 11/26/2013

### Optional Information

**Sender's Reference Number:** 13B2695003IO0Z49

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** pt268628
**Approved:** pt268628
**Initial Confirmation:** 2013112600162959
**Confirmation #:** 20131126B6B7HU2R003365

**Input Time:** 11/26/2013 8:50:11 AM CST
**Time:** 11/26/2013 8:50:57 AM CST